UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:20-cv-22148

OSCAR CARLOS RIGAUD SMART

    Plaintiff,

v.

4EVER SHINE INC., MARIO LARIOS and
DENNIS LARIOS

    Defendants.                              /

## NOTICE OF REMOVAL

Defendants, 4EVER SHINE INC. ("4EVER SHINE"), MARIO LARIOS ("M. LARIOS"), and DENNIS LARIOS ("D. LARIOS"), pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of the above-captioned action from the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, and states as follows:

1. Plaintiff, OSCAR CARLOS RIGAUD SMART ("SMART") commenced this action against 4EVER SHINE, M. LARIOS and D. LARIOS by filing a Complaint in the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No. CASE NO. 20-000941 CC (24).

2. Plaintiff seeks relief under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et. seq*.

3. On April 24, 2020, Plaintiff served 4EVER SHINE, M. LARIOS and D. LARIOS with a copy of the Summons and Complaint from the state court proceeding. On May 15, 2020, Defendants filed a Notice of Appearance and Compliance with Rule 2.516(b)(1) and Designation of Email Address. A true and correct copy of all the pleadings, and other documents that have been filed in this action are attached hereto as composite Exhibit "A."

4. No further proceedings have been had, and fewer than thirty (30) days have elapsed since this action became removable to this Court.

5. Pursuant to 28 U.S.C. § 1441, this case is removable because the United States District Court has original jurisdiction because Plaintiff's claim arise under the laws of the United States.

6. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to counsel for Plaintiff, and a copy of the Notice of Removal will be filed with the Clerk of the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida.

WHEREFORE, Defendants, 4EVER SHINE, M. LARIOS and D. LARIOS remove this action to this Court, and respectfully request that it proceed in this forum.

Respectfully submitted,

**GALLUP AUERBACH**
*Counsel for Defendants*
4000 Hollywood Boulevard
Presidential Circle – Suite 265 South
Hollywood, Florida 33021
Telephone:   (954) 894-3035
Facsimile:   (954) 894-8015
E-mail:  dgallup@gallup-law.com


By:   */s/ Dana M, Gallup*
        DANA M. GALLUP
        Florida Bar No.:  0949329

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               By:    /s/ Dana M. Gallup_____
                                                          DANA M. GALLUP
                                                          Florida Bar No.: 949329

**SMART v. 4EVER SHINE INC. ET AL.**
**Case No. 1:20-cv-22148**
**SERVICE LIST**

J.H. Zidell, Esq.
FBN:10121
zabogado@aol.com

David M. Nudell, Esq.
FBN: 1003678
dnudel.jhzidellpa@gmail.com

**Z.H. ZIDELL, P.A.**
300 71st Street
Suite 605
Miami Beach, FL 33141

*Counsel for Plaintiff*

Via CM/ECF