### IN THE COUNTY COURT IN AND FOR
### MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO.:

**OSCAR CARLOS RIGAUD SMART**, and
all others similarly situated under 29 U.S.C. §
216(b),

    Plaintiff,

      vs.

**4EVER SHINE, INC.,** a corporation,
**MARIO LARIOS,** an individual, and
**DENNIS LARIOS**, an individual,

    Defendants.

_____/

### **COMPLAINT**

    Plaintiff, **OSCAR CARLOS RIGAUD SMART**, on behalf of himself and all others similarly situated under 29 U.S.C. § 216(b), through undersigned counsel, files this Complaint against Defendants **4EVER SHINE, INC., MARIO LARIOS,** and **DENNIS LARIOS,** and alleges:

### **JURISDICTION AND VENUE**

1.   This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§ 201-216. This Court has jurisdiction concurrent with the Federal Courts under 29 U.S.C. § 216(B). This case involves damages less than $30,000, but more than $8,000, exclusive of attorney's fees and costs.

2.   The Plaintiff, OSCAR CARLOS RIGAUD SMART, was a resident of Miami-Dade County, Florida at the time the dispute arose and is *sui juris*.

**1 of 8**

3.   The Defendant 4EVER SHINE, INC., regularly transacts business in the Southern District of Florida.  The Defendant Corporation was the Plaintiff's FLSA employer during Plaintiff's relevant period of employment ("the relevant time period").

4.   The Defendant MARIO LARIOS is a corporate officer and owner and manager of the Defendant Corporation who ran the day-to-day operations of the Corporate Defendant for the relevant time period and was responsible for paying Plaintiff's wages for the relevant time period and controlled Plaintiff's work and schedule and was, therefore, Plaintiff's employer as defined by 29 U.S.C. § 203(d).

5.   The Defendant DENNIS LARIOS is a corporate officer and owner and manager of the Defendant Corporation who ran the day-to-day operations of the Corporate Defendant for the relevant time period and was responsible for paying Plaintiff's wages for the relevant time period and controlled Plaintiff's work and schedule and was, therefore, Plaintiff's employer as defined by 29 U.S.C. § 203(d).

6.   Venue is proper in this Court because Plaintiff was a resident of Miami-Dade County, Florida, at the time the dispute arose, the Defendants do business in the Southern District of Florida, and  the events giving rise to these claims occurred within the Southern District of Florida.

7.   Plaintiff  worked for Defendants as a maintenance operator from on or about April 22, 2019 through on or about October 9, 2019.

8.   The acts and/or omissions giving rise to this Complaint arose in the Southern District of Florida.

## COUNT I. FEDERAL OVERTIME WAGE VIOLATION

9.  Plaintiff re-alleges the factual and jurisdictional statements in paragraphs 1 through 8 as though fully set forth herein.

10. This action arises under the laws of the United States.  This case is brought as a collective action under 29 U.S.C. § 216(b).  It is believed that the Defendants have employed several other similarly situated employees like Plaintiff who have not been paid overtime wages for work performed in excess of 40 hours weekly from the filing of this Complaint back three years.

11. 29 U.S.C. § 207 (a) (1) states, "Except as otherwise provided in this section, no employer shall employ any of his employees who in any workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty hours unless such employee receives compensation for his employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he is employed."

12. Defendants' business activities involve those to which the Fair Labor Standards Act applies. Both the Defendants' business and the Plaintiff's work for the Defendants affected interstate commerce for the relevant time period. Plaintiff's work for the Defendants affected interstate commerce for the relevant time period because the materials and goods Plaintiff used on a constant and/or continual basis and/or that were supplied to Plaintiff by the Defendants to use on the job moved through interstate commerce prior to and/or subsequent to Plaintiff's use of the same. The Plaintiff's work for the Defendants was actually in and/or so closely related to the movement of commerce while he worked for the Defendants that

the Fair Labor Standards Act applies to Plaintiff's work for the Defendants.

13. Additionally, Defendants regularly employed two or more employees for the relevant time period who handled goods or materials that travelled through interstate commerce, or used instrumentalities of interstate commerce as Plaintiff did; thus, making Defendants' business an enterprise covered under the Fair Labor Standards Act.

14. Upon information and belief, the Defendant Corporation had gross sales or business done in excess of $500,000 annually for the year 2019.

15. Plaintiff worked for Defendants as a maintenance operator providing cleaning services to businesses who were clients of Defendants.  He was paid $400 per week.

16. Throughout his employment with Defendants, Plaintiff worked 77 hours per week.  When the hours are divided into his weekly pay, Plaintiff was paid $5.20 per hour.

17. The Plaintiff was not paid overtime for any hours over 40 hours per week, so he is owed half time for all hours he worked over forty each week, as required by the Fair Labor Standards Act.  Plaintiff, therefore, claims the half time overtime rate for each hour he worked above 40 in a week.

18. Defendants willfully and intentionally refused to pay Plaintiff's overtime wages as required by the Fair Labor Standards Act as Defendants knew of the overtime requirements of the Fair Labor Standards Act and recklessly failed to investigate whether Defendants' payroll practices were in accordance with the Fair Labor Standards Act.  Defendants remain owing Plaintiff these wages since the commencement of Plaintiff's employment with Defendants through Plaintiff's termination date of November 28, 2019.

**WHEREFORE**, Plaintiff requests liquidated damages and reasonable attorney fees from Defendants, jointly and severally, under the Fair Labor Standards Act (FLSA) to be proven at the time of trial for all overtime wages still owing from Plaintiff's entire employment period with Defendants or as much as allowed by the Fair Labor Standards Act along with court costs, interest, and any other relief that this Court finds reasonable under the circumstances. **The Plaintiff requests a trial by jury.**

## COUNT II. FLORIDA MINIMUM WAGE VIOLATION

19. Plaintiff realleges the factual and jurisdictional statements in paragraphs 1 through 8 as though fully set forth herein.

20. Florida Statute § 448.110 (3) states "Effective May 2, 2005, employers shall pay employees a **minimum wage** at an hourly rate of $6.15 for all hours worked in Florida. Only those individuals entitled to receive the federal minimum wage under the federal Fair Labor Standards Act and its implementing regulations shall be eligible to receive the state **minimum wage** pursuant to s. 24, Art. X of the State Constitution and this section. The provisions of ss. 213 and 214 of the federal Fair Labor Standards Act, as interpreted by applicable federal regulations and implemented by the Secretary of Labor, are incorporated herein." [Fla. Stat. § 448.110 (3)].

21. Florida Statute § 448.110 (4)(a) states "Beginning September 30, 2005, and annually on September 30 thereafter, the Agency for Workforce Innovation shall calculate an adjusted state minimum wage rate by increasing the state minimum wage by the rate of inflation for the 12 months prior to September 1."

22. All conditions precedent pursuant to §448.110 have been met by Plaintiff to add Plaintiff's minimum wage claims against the Defendants.

23. On November 4, 2019, Plaintiff initially sent via Fedex the required Florida Minimum Wage Notices to the Defendants pursuant to Florida Statute § 448.110(6)(a). See attached hereto a copy of the notices and proof of service of same as Exhibit A.

24. Florida Statute §448.110(6)(b) provides that upon receipt of said Florida Minimum Wage Notice "The employer shall have 15 calendar days after receipt of the notice to pay the total amount of unpaid wages or otherwise resolve the claim to the satisfaction of the person aggrieved." The 15 calendar days expired on November 19, 2019. However, as of the date of filing the instant Complaint, the Plaintiff and the Defendants have been unable to resolve said Florida Minimum Wage violation.

25. As of May 2, 2005, Florida's minimum wage was raised to $6.15/hr. On January 1, 2006 the Florida Minimum Wage was raised to $6.40/hr. On January 1, 2007 the Florida Minimum Wage was raised to $6.67/hr. On January 1, 2008 the Florida Minimum Wage was raised to $6.79/hr. On January 1, 2009 the Florida Minimum Wage was raised to $7.21/hr. On June 1, 2011, the Florida minimum wage was increased to $7.31/hr. On January 1, 2012, the Florida minimum wage was increased to $7.67/hr. On January 1, 2013, the Florida minimum wage was increased to $7.79/hr. On January 1, 2014, the Florida minimum wage was increased to $7.93/hr. On January 1, 2015, the Florida minimum wage was increased to $8.05/hr. Minimum wage claims are brought pursuant to the Florida Constitution and the Fair Labor Standards Act. On January 1, 2017, the Florida minimum wage was increased to $8.10/hr. Minimum wage claims are brought pursuant to the Florida Constitution and the Fair Labor Standards Act.

26. Throughout the time that Plaintiff has worked for Defendants from April 22, 2019 through October 9, 2019, Plaintiff has been paid $5.14 per hour for said work which did not meet the

applicable Florida minimum wage for said time period as required by the Florida Constitution. Therefore, Plaintiff claims difference between Plaintiff's average hourly rate of $5.14/hr and the applicable minimum wage rate for all hours worked.

27. The Defendant's wage payment practices to Plaintiff for the above mentioned time periods, did not meet the Florida minimum wage law requirements as Plaintiff was not paid the required Florida minimum wage for all hours worked and is therefore claiming the difference between the amount paid to Plaintiff and the applicable Florida minimum wage for the time period specified above.

28. Defendants willfully and intentionally refused to pay Plaintiff's minimum wages as required by the Fair Labor Standards Act as Defendants knew of the Florida Minimum Wage requirements of the Fair Labor Standards Act and recklessly failed to investigate whether Defendants' payroll practices were in accordance with the Florida Constitution and the Fair Labor Standards Act. Defendants remain owing Plaintiff these wages since the commencement of Plaintiff's employment with Defendants for the time period specified above.

**WHEREFORE**, the Plaintiff requests double damages and reasonable attorney fees from the Defendants pursuant to the Florida Constitution as cited above, to be proven at the time of trial for all minimum wages still owing from Plaintiff's entire employment period with Defendants or, as much as allowed by the Florida Constitution, along with court costs, interest, and any other relief that this Court finds reasonable under the circumstances. *The Plaintiff requests a trial by jury*.

Respectfully submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: ZABOGADO@AOL.COM

By:__/s/ J.H. Zidell_____
J.H. Zidell, Esq.
Florida Bar Number: 0010121

**J.H. ZIDELL, P.A.**
**ATTORNEYS**

STATE & FEDERAL
COURT PRACTICE

CITY NATIONAL BANK BUILDING
300 71ST STREET, SUITE 605
MIAMI BEACH, FL 33141
TEL (305) 865-6766
FAX (305) 865-7167



PLAINTIFF'S
EXHIBIT
A

October 30, 2019

_**Sent ViaFedEx Tracking #: 7768 5822 7047**_
4 EVER SHINE, INC.
Registered Agent: Mario A Larios
409 NW 60th Way
Pembroke Pines FL 33024

Re:    Oscar Carlos Rigaud Smart

To Mario A Larios, Registered Agent,

Please be advised that the law firm of J.H. Zidell, P.A. represents Mr. Oscar Carlos Rigaud Smart. As you are aware Mr. Smart worked for you between the dates of on or about April 22, 2019 through on or about October 09, 2019.

From on or about April 22, 2019 through on or about October 09, 2019, you failed to pay Mr. Smart the applicable Florida minimum wage as he worked for you as a maintenance worker, working an average of 77 hours a week and was paid an average of $5.19 per hour. Said nonpayment of the applicable Florida minimum wage constitutes a minimum wage violation pursuant to the Fair Labor Standards Act and the Florida Constitution.

This letter is being written pursuant to Florida Statute §448.110. Pursuant to Florida Statute §448.110, you have 15 days from receipt of this letter to cure all Florida minimum wages owed to Mr. Smart.

Pursuant to the Florida Constitution, the Florida minimum wage first went into effect on May 2, 2005 when the Florida Minimum wage was set at $6.15/hr. Thereafter, on January 1, 2006 the Florida minimum wage was increased to $6.40/hr. On January 1, 2007 the Florida minimum wage was increased to $6.67/hr. On January 1, 2008 Florida minimum wage was increased to $6.79/hr. On January 1, 2009, the Florida minimum wage was increased to $7.21/hr. On June 1, 2011, the Florida minimum wage was increased to $7.31/hr. On January 1, 2012, the Florida minimum wage was increased to $7.67/hr.  On January 1, 2013, the Florida minimum

wage was increased to $7.79/hr.  On January 1, 2014, the Florida minimum wage was increased to $7.93/hr. On January 1, 2015, the Florida minimum wage was increased to $8.05/hr.

The period of time Mr. Smart claims his Florida minimum wage for is from on or about April 22, 2019 through on or about October 09, 2019. He is also proceeding with his claims under the Fair Labor Standards Act for nonpayment of federal minimum wages. The below calculation does not include damages for said claims for federal minimum wages owed from on or about April 22, 2019 through on or about October 09, 2019.

The total amount of Florida minimum wages owed to Mr. Smart for the period specified below is for **_$6,135.36,_** exclusive of liquidated damages and attorneys' fees and costs.  Pursuant to Florida Statute §448.110 you have fifteen (15) days from receipt of this letter to pay this amount.

**04/22/19-10/9/19**

**Rate Owed (Based on Florida MW of $8.46 minus Rate Paid: $5.14): $3.32**

**Hours per week: 77**

**Weeks Claimed: 24**

**_Florida MW Owed: $6,135.36_**

Should you wish to resolve the Florida Minimum Wage portion of this claim, including liquidated damages and attorney's fees and costs, **please feel free to contact J.H. Zidell, P.A., at (305) 865-6766.** Resolution of the Florida State minimum wage claim is not to be construed and will not affect the resolution of any Federal minimum wages owed under the Fair Labor Standards Act, liquidated damages, attorneys' fees and costs.

Sincerely,

J.H. Zidell, Esq.
For the Firm
J.H. Zidell, P.A.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**J.H. ZIDELL, P.A.**

STATE & FEDERAL
COURT PRACTICE

CITY NATIONAL BANK BUILDING
300 71ST STREET, SUITE 605
MIAMI BEACH, FL 33141
TEL (305) 865-6766
FAX (305) 865-7167

October 30, 2019

***Sent Via FedEx Tracking #: 7768 5825 2416***
Mario A Larios
409 NW 60th Way
Pembroke Pines FL 33024

Re:    Oscar Carlos Rigaud Smart

To Mario A Larios,

Please be advised that the law firm of J.H. Zidell, P.A. represents Mr. Oscar Carlos Rigaud Smart. As you are aware Mr. Smart worked for you between the dates of on or about April 22, 2019 through on or about October 09, 2019.

From on or about April 22, 2019 through on or about October 09, 2019, you failed to pay Mr. Smart the applicable Florida minimum wage as he worked for you as a maintenance worker, working an average of 77 hours a week and was paid an average of $5.19 per hour. Said nonpayment of the applicable Florida minimum wage constitutes a minimum wage violation pursuant to the Fair Labor Standards Act and the Florida Constitution.

This letter is being written pursuant to Florida Statute §448.110. Pursuant to Florida Statute §448.110, you have 15 days from receipt of this letter to cure all Florida minimum wages owed to Mr. Smart.

Pursuant to the Florida Constitution, the Florida minimum wage first went into effect on May 2, 2005 when the Florida Minimum wage was set at $6.15/hr. Thereafter, on January 1, 2006 the Florida minimum wage was increased to $6.40/hr. On January 1, 2007 the Florida minimum wage was increased to $6.67/hr. On January 1, 2008 Florida minimum wage was increased to $6.79/hr. On January 1, 2009, the Florida minimum wage was increased to $7.21/hr. On June 1, 2011, the Florida minimum wage was increased to $7.31/hr. On January 1, 2012, the Florida minimum wage was increased to $7.67/hr. On January 1, 2013, the Florida minimum wage was increased to $7.79/hr. On January 1, 2014, the Florida minimum wage was increased

to $7.93/hr. On January 1, 2015, the Florida minimum wage was increased to $8.05/hr.

The period of time Mr. Smart claims his Florida minimum wage for is from on or about April 22, 2019 through on or about October 09, 2019. He is also proceeding with his claims under the Fair Labor Standards Act for nonpayment of federal minimum wages. The below calculation does not include damages for said claims for federal minimum wages owed from on or about April 22, 2019 through on or about October 09, 2019.

The total amount of Florida minimum wages owed to Mr. Smart for the period specified below is for *6,135.36*, exclusive of liquidated damages and attorneys' fees and costs. Pursuant to Florida Statute §448.110 you have fifteen (15) days from receipt of this letter to pay this amount.

**04/22/19-10/9/19**

**Rate Owed (Based on Florida MW of $8.46 minus Rate Paid: $5.14): $3.32**

**Hours per week: 77**

**Weeks Claimed: 24**

*Florida MW Owed: $6,135.36*

Should you wish to resolve the Florida Minimum Wage portion of this claim, including liquidated damages and attorney's fees and costs, **please feel free to contact J.H. Zidell, P.A., at (305) 865-6766.** Resolution of the Florida State minimum wage claim is not to be construed and will not affect the resolution of any Federal minimum wages owed under the Fair Labor Standards Act, liquidated damages, attorneys' fees and costs.

Sincerely,

JH Zidell, Esq.
For the Firm
J.H. Zidell, P.A.

10/08/2019



ORIGIN ID:TMBA (305) 865-6766
JAMIE ZIDELL, ESQ.
J.H. ZIDELL, P.A.
300 71ST STREET
SUITE 605
MIAMI BEACH, FL 33141
UNITED STATES US

TO MARIO A LARIOS

409 NW 60TH WAY

PEMBROKE PINES FL 33024

SHIP DATE: 30OCT19
ACTWGT: 0.14 LB
CAD: 111912064/INET4160

BILL SENDER

REF:
DEPT:

(000) 000-0000
INV:
PO:

SHIP DATE: 30OCT19

TRK#
0201

7768 5825 2416

32 FXEA

MON - 04 NOV 8:00P
EXPRESS SAVER

FL-US

33024
RES
FLL

567J3/2A3C/05A2

J192119031901uv

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**J.H. ZIDELL, P.A.**
**ATTORNEYS**

STATE & FEDERAL
COURT PRACTICE

CITY NATIONAL BANK BUILDING
300 71ST STREET, SUITE 605
MIAMI BEACH, FL 33141
TEL (305) 865-6766
FAX (305) 865-7167

October 30, 2019

**_Sent ViaFedEx Tracking #: 7768 5826 6905_**
Dennis Larios
409 NW 60th Way
Pembroke Pines FL 33024

Re:    Oscar Carlos Rigaud Smart

To Dennis Larios,

Please be advised that the law firm of J.H. Zidell, P.A. represents Mr. Oscar Carlos Rigaud Smart. As you are aware Mr. Smart worked for you between the dates of on or about April 22, 2019 through on or about October 09, 2019.

From on or about April 22, 2019 through on or about October 09, 2019, you failed to pay Mr. Smart the applicable Florida minimum wage as he worked for you as a maintenance worker, working an average of 77 hours a week and was paid an average of $5.19 per hour. Said nonpayment of the applicable Florida minimum wage constitutes a minimum wage violation pursuant to the Fair Labor Standards Act and the Florida Constitution.

This letter is being written pursuant to Florida Statute §448.110.  Pursuant to Florida Statute §448.110, you have 15 days from receipt of this letter to cure all Florida minimum wages owed to Mr. Smart.

Pursuant to the Florida Constitution, the Florida minimum wage first went into effect on May 2, 2005 when the Florida Minimum wage was set at $6.15/hr. Thereafter, on January 1, 2006 the Florida minimum wage was increased to $6.40/hr. On January 1, 2007 the Florida minimum wage was increased to $6.67/hr. On January 1, 2008 Florida minimum wage was increased to $6.79/hr. On January 1, 2009, the Florida minimum wage was increased to $7.21/hr. On June 1, 2011, the Florida minimum wage was increased to $7.31/hr. On January 1, 2012, the Florida minimum wage was increased to $7.67/hr.  On January 1, 2013, the Florida minimum wage was increased to $7.79/hr.  On January 1, 2014, the Florida minimum wage was increased

1 of 2

to $7.93/hr. On January 1, 2015, the Florida minimum wage was increased to $8.05/hr.

The period of time Mr. Smart claims his Florida minimum wage for is from on or about April 22, 2019 through on or about October 09, 2019. He is also proceeding with his claims under the Fair Labor Standards Act for nonpayment of federal minimum wages. The below calculation does not include damages for said claims for federal minimum wages owed from on or about April 22, 2019 through on or about October 09, 2019.

The total amount of Florida minimum wages owed to Mr. Smart for the period specified below is for *$6,135.36*, exclusive of liquidated damages and attorneys' fees and costs.  Pursuant to Florida Statute §448.110 you have fifteen (15) days from receipt of this letter to pay this amount.

<u>04/22/19-10/9/19</u>

**Rate Owed (Based on Florida MW of $8.46 minus Rate Paid: $5.14): $3.32**

**Hours per week: 77**

**Weeks Claimed: 24**

*<u>Florida MW Owed: $6,135.36</u>*

Should you wish to resolve the Florida Minimum Wage portion of this claim, including liquidated damages and attorney's fees and costs, **please feel free to contact J.H. Zidell, P.A., at (305) 865-6766.** Resolution of the Florida State minimum wage claim is not to be construed and will not affect the resolution of any Federal minimum wages owed under the Fair Labor Standards Act, liquidated damages, attorneys' fees and costs.

Sincerely,

JH Zidell, Esq.
For the Firm
J.H. Zidell, P.A.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx**

February 18, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 776858227047

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | | Delivery Location: | 409 NW 60TH WAY |
| Service type: | FedEx Express Saver | | HOLLYWOOD, FL, 33024 |
| Special Handling: | Deliver Weekday; Residential Delivery | Delivery date: | Nov 4, 2019 14:09 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 776858227047 | Ship Date: | Oct 30, 2019 |
| | | Weight: | |

**Recipient:**
Registered Agent: Mario A Larios, 4Ever Shine Inc
409 NW 60th Way
HOLLYWOOD, FL, US, 33024

**Shipper:**
Jamie Zidell, Esq., J.H. Zidell, P.A.
300 71st Street
Suite 605
MIAMI BEACH, FL, US, 33141

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment

because a signature was not required.

Thank you for choosing FedEx

**FedEx**

February 18, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 776858252416

---

**Delivery Information:**

| | | |
|---|---|---|
| Status: | Delivered | Delivered To: |
| Signed for by: | | Delivery Location: | 409 NW 60TH WAY |
| Service type: | FedEx Express Saver | | HOLLYWOOD, FL, 33024 |
| Special Handling: | Deliver Weekday; Residential Delivery | Delivery date: | Nov 4, 2019 14:09 |

---

**Shipping Information:**

| | | |
|---|---|---|
| Tracking number: | 776858252416 | Ship Date: | Oct 30, 2019 |
| | | Weight: | |

**Recipient:**
Mario A Larios,
409 NW 60th Way
HOLLYWOOD, FL, US, 33024

**Shipper:**
Jamie Zidell, Esq., J.H. Zidell, P.A.
300 71st Street
Suite 605
MIAMI BEACH, FL, US, 33141

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.

Thank you for choosing FedEx

**FedEx**

February 18, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 776858266905

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | | Delivery Location: | 409 NW 60TH WAY |
| Service type: | FedEx Express Saver | | HOLLYWOOD, FL, 33024 |
| Special Handling: | Deliver Weekday; Residential Delivery | Delivery date: | Nov 4, 2019 14:09 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 776858266905 | Ship Date: | Oct 30, 2019 |
| | | Weight: | |

Recipient:
Dennis A Larios,
409 NW 60th Way
HOLLYWOOD, FL, US, 33024

Shipper:
Jamie Zidell, Esq., J.H. Zidell, P.A.
300 71st Street
Suite 605
MIAMI BEACH, FL, US, 33141

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment
because a signature was not required.

Thank you for choosing FedEx

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.      **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>  COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Oscar Carlos Rigaud Smart</u>
 Plaintiff
            vs.
<u>4Ever Shine Inc., Mario Larios, Dennis Larios</u>
Defendant

II.     **AMOUNT OF CLAIM**
Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>19,783</u>

III.    **TYPE OF CASE**      (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability – commercial
   ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
   ☐ Commercial foreclosure
   ☐ Homestead residential foreclosure
   ☐ Non-homestead residential foreclosure
   ☐ Other real property actions
☐ Professional malpractice
   ☐ Malpractice – business
   ☐ Malpractice – medical

   ☐ Malpractice – other professional
☐ Other
   ☐ Antitrust/Trade Regulation
   ☐ Business Transaction
   ☐ Circuit Civil - Not Applicable
   ☐ Constitutional challenge-statute or ordinance
   ☐ Constitutional challenge-proposed amendment
   ☐ Corporate Trusts
   ☐ Discrimination-employment or other
   ☐ Insurance claims
   ☐ Intellectual property
   ☐ Libel/Slander
   ☐ Shareholder derivative action
   ☐ Securities litigation
   ☐ Trade secrets
   ☐ Trust litigation

☒ County Civil
   ☐ Small Claims up to $8,000
   ☒ Civil
   ☐ Replevins
   ☐ Evictions
   ☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.     REMEDIES SOUGHT** (check all that apply):
☒  Monetary;
☐  Non-monetary declaratory or injunctive relief;
☐  Punitive

**V.     NUMBER OF CAUSES OF ACTION:**
(Specify)

<u>2</u>

**VI.     IS THIS CASE A CLASS ACTION LAWSUIT?**
☐  Yes
☒  No

**VII.     HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒  No
☐  Yes – If "yes" list all related cases by name, case number and court:


**VIII.     IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒  Yes
☐  No

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   <u>s/ Jamie H. Zidell</u>
                   Attorney or party
FL Bar No.:  <u>10121</u>
                   (Bar number, if attorney)
                   <u>Jamie H. Zidell</u>
                   (Type or print name)
     Date:   <u>03/30/2020</u>

**IN THE COUNTY COURT IN AND FOR**
**MIAMI-DADE COUNTY, FLORIDA**

CIVIL DIVISION

CASE NO.: 2020-000941-CC-24

**OSCAR CARLOS RIGAUD SMART**, and
all others similarly situated under 29 U.S.C. §
216(b),

    Plaintiff,

       vs.

**4EVER SHINE, INC.,**  a corporation,
**MARIO LARIOS,** an individual, and
**DENNIS LARIOS**, an individual,

    Defendants.

_____/

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

      **COME(S) NOW** the undersigned counsel and notices the Court and all parties as

follows:

      The undersigned hereby appears as an additional trial counsel of record on behalf of the

Plaintiffs, and requests that all documents filed or served in this case be sent to the undersigned.

      **Respectfully submitted this 31th day of March, 2020,**

**DAVID M. NUDEL, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DNUDEL.JHZIDELLPA@GMAIL.COM**
**F.B.N. 1003678**

**BY:___/s/___David M. Nudel_____**
**DAVID M. NUDEL, ESQ.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE

FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA U.S. MAIL ON 3/31/20

TO:

**4 EVER SHINE, INC.**
**REGISTERED AGENT: MARIO A. LARIOS**
**409 NW 60TH WAY**
**PEMBROKE PINES FL 33024**

**MARIO A. LARIOS**
**409 NW 60TH WAY**
**PEMBROKE PINES FL 33024**

**DENNIS LARIOS**
**409 NW 60TH WAY**
**PEMBROKE PINES FL 33024**

BY:___/s/___David M. Nudel_____
DAVID M. NUDEL, ESQ.

Filing # 105765149 E-Filed 04/02/2020 09:32:15 AM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE**<br>**(a) GENERAL FORMS** | 2020-000941-CC-24 |

| PLAINTIFF(S) | VS. DEFENDANT(S) | SERVICE |
|---|---|---|
| OSCAR CARLOS RIGAUD SMART<br>and all others similarly situated<br>under 29 U.S.C § 216(b) | 4Ever Shine Inc., Mario Larios and<br>Dennis Larios | |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on

defendant(s): _____ 4Ever Shine Inc.

_____ Registered Agent: Mario A. Larios

_____ 409 NW 60th Way

_____ Pembroke Pines FL 33024

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: J.H. ZIDELL, P.A.

whose address is: _____ 300 71st Street, Suite 605
_____ Miami Beach FL 33141

_____

_____

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,**
**or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.**
**When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons

on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before

service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for

the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK of COURTS** |  76445<br>DEPUTY CLERK | DATE<br>4/2/2020 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to**
**participate in this proceeding, you are entitled, at no cost to you, to the provision of certain**
**assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA**
**Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400,**
**Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email**
**ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your**
**scheduled court appearance, or immediately upon receiving this notification if the time**
**before the scheduled appearance is less than seven (7) days; if you are hearing or voice**
**impaired, call 711."**

Filing # 105765149 E-Filed 04/02/2020 09:32:15 AM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **CIVIL ACTION SUMMONS (b)**<br>**Form for Personal Service on a Natural Person** | 2020-000941-CC-24 |

| PLAINTIFF(S) | VS.  DEFENDANT(S) | CLOCK IN |
|---|---|---|
| OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C § 216(b) | 4Ever Shine Inc., Mario Larios and Dennis Larios | |

**THE STATE OF FLORIDA:**TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s):<br>Dennis Larios | Address: 1409 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

### MIAMI-DADE COUNTY COURT LOCATIONS

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICE** |

| Plaintiff/Plaintiff Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No.  0010121 | Address: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **CLERK OF COURTS**<br>**HARVEY RUVIN** | 76445<br>DEPUTY CLERK | **DATE ON:**<br>4/2/2020 |

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☑ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO<br>2020-000941-CC-24 |
|---|---|---|
| DEMANDANTE(S)<br>OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C § 216(b) | VS.  DEMANDADO(S)<br><br>4Ever Shine Inc., Mario Larios and Dennis Larios | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagan entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s):<br><br>Dennis Larios | A Demandado(s):   1409 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia.

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICIO** |

| Demandante o Abogado del Demandante:<br>Jamie H. Zidell, Esq.<br>Número del Colegio de Abogados:<br>0010121 | Dirección:   300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **HARVEY RUVIN**<br>**Secretario del Tribunal del Condado** | | **FECHA** |
| | COMO SECRETTARIO ADJUNTO | |

### LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda.   Por favor póngase  en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org_  or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☑ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON<br>☑ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO<br><br>2020-000941-CC-24 |
|---|---|---|
| PLAINTE (S)<br>OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C § 216(b) | VS.   CONTRE ACCUSE(S)<br>4Ever Shine Inc., Mario Larios and Dennis Larios | HEURE IN |

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S):<br><br>Dennis Larios | A (AUX) ACCUSE(S):<br>11409 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

### IMPORTANT

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant a ou son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

### ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br>Jamie H. Zidell, Esq. | Adresse :<br>300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| Numero de barreau de la Floride:<br>0010121<br><br>**HARVEY RUVIN**<br>**Greffier de Tribunal** | | DATE: |
| | COMME GREFFIER ADJOINT | |

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA

☑ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA

| DIVIZYON ☑ SIVIL ☐ DISTRI ☐ LÒT | **KONVOKASYON POU KA SIVIL** (b) DELIVRE PERSONELMAN BAY YON MOUN | **NIMEWO KA** 2020-000941-CC-24 |
|---|---|---|
| **PLENTIF (S)** OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C.§ 216(b) | **VS.** **KONT AKIZE(S)** 4Ever Shine Inc., Mario Larios and Dennis Larios | **LE** |

**ETA FLORIDA:** Pou Chak nan eta a yo odone ou pou bay akize (yo), non I ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE: Dennis Larios | ADRES:: 1409 NW 60th Way Pembroke Pines FL 33024 |
|---|---|

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| ☑ **Dade County Courthouse** (05) Room 133 73 West Flagler Street Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20) Suite 103 5400 N.W. 22nd Avenue Miami, FL 33142 | ☐ **Hialeah District Court** (21) Room 100 11 East 6th Street Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23) Room 100 15555 Biscayne Blvd. North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24) Room 200 1130 Washington Avenue Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25) Room 100 3100 Ponce De Leon Blvd. Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26) Room 1200 10710 SW 211 Street Miami, FL 33189 | UN SERVICE |

| Plainte/Avocat du Plainte Jamie H. Zidell, Esq. Numero de barreau de la Floride: 0010121 | Nimewo manm avoka a. Address: 300 71st Street, Suite 605 Miami Beach FL 33141 | |
|---|---|---|
| **HARVEY RUVIN** **Sekrete Jeneral Tribinal La** | SEKRETE | DATE: |

**LWA 1990 POU AMERIKEN KI ENFIM**

**ANONS POU AMERIKEN KI ENFIM**

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Alican Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**

Filing # 105765149 E-Filed 04/02/2020 09:32:15 AM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **CIVIL ACTION SUMMONS (b)**<br>**Form for Personal Service on a Natural Person** | 2020-000941-CC-24 |

| PLAINTIFF(S) | VS.  DEFENDANT(S) | CLOCK IN |
|---|---|---|
| OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C § 216(b) | 4Ever Shine Inc., Mario Larios and Dennis Larios | |

**THE STATE OF FLORIDA:**TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s):<br>Mario Larios | Address: 1409 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

### MIAMI-DADE COUNTY COURT LOCATIONS

| | | | |
|---|---|---|---|
| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICE** |

| Plaintiff/Plaintiff Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No.  0010121 | Address: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | DATE ON: |
|---|---|---|
| **CLERK OF COURTS**<br>**HARVEY RUVIN** |  76445<br><br>DEPUTY CLERK | 4/2/2020 |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☑ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION | EMPLAZAMIENTO DE ACCION CIVIL | NUMERO DE CASO |
|---|---|---|
| ☑ CIVIL | **(b) NOTIFICACION PERSONAL A PERSONA NATURAL** | 2020-000941-CC-24 |
| ☐ DISTRITO | | |
| ☐ OTRA | | |

| DEMANDANTE(S) | VS.  DEMANDADO(S) | HORA |
|---|---|---|
| OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C § 216(b) | 4Ever Shine Inc., Mario Larios and Dennis Larios | |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagan entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s): Mario Larios | A Demandado(s): 1409 NW 60th Way Pembroke Pines FL 33024 |
|---|---|

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia.

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

**LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE**

| ☑ **Dade County Courthouse** (05) Room 133 73 West Flagler Street Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20) Suite 103 5400 N.W. 22nd Avenue Miami, FL 33142 | ☐ **Hialeah District Court** (21) Room 100 11 East 6th Street Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23) Room 100 15555 Biscayne Blvd. North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24) Room 200 1130 Washington Avenue Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25) Room 100 3100 Ponce De Leon Blvd. Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26) Room 1200 10710 SW 211 Street Miami, FL 33189 | **SERVICIO** |

| Demandante o Abogado del Demandante: Jamie H. Zidell, Esq. | Dirección: 300 71st Street, Suite 605 Miami Beach FL 33141 | |
|---|---|---|
| Número del Colegio de Abogados: 0010121 | | |
| **HARVEY RUVIN Secretario del Tribunal del Condado** | | **FECHA** |
| | COMO SECRETTARIO ADJUNTO | |

## LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda.  Por favor póngase en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org  o Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☑ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON<br>☑ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO<br><br>2020-000941-CC-24 |
|---|---|---|
| **PLAINTE (S)**<br>OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C § 216(b) | **VS.   CONTRE ACCUSE(S)**<br>4Ever Shine Inc., Mario Larios and Dennis Larios | **HEURE IN** |

**L'TAT DE LA FLORIDE:** A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S):<br><br>Mario Larios | A (AUX) ACCUSE(S):<br>11409 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br><br>Jamie H. Zidell, Esq.<br><br>Numero de barreau de la Floride: | Adresse :<br>300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| 0010121<br><br>**HARVEY RUVIN**<br>**Greffier de Tribunal** | | DATE: |
| | COMME GREFFIER ADJOINT | |

## ACT DE 1990 POUR AMERICAINS HANDICAPES

### AVIS DE l' ADA

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA

☑ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA

| DIVIZYON<br>☑ SIVIL<br>☐ DISTRI<br>☐ LÒT | **KONVOKASYON POU KA SIVIL**<br>**(b) DELIVRE PERSONELMAN BAY YON MOUN** | **NIMEWO KA**<br>2020-000941-CC-24 |
|---|---|---|
| PLENTIF (S)<br>OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C.§ 216(b) | **VS.**  KONT AKIZE(S)<br>4Ever Shine Inc., Mario Larios and Dennis Larios | **LE** |

**ETA FLORIDA:** Pou Chak nan eta a yo odone ou pou bay akize a (yo), non I ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE:<br><br>Mario Larios | ADRES::  1409 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou mete numero ka-a ki sou tet pagela avec nom mounye-o ki sou papie-a oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☑ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| Plainte/Avocat du Plainte<br>Jamie H. Zidell, Esq.<br>Numero de barreau de la Floride: | Nimewo manm avoka a.<br>Address: | 300 71st Street, Suite 605<br>Miami Beach FL 33141 |
|---|---|---|
| 0010121<br><br>**HARVEY RUVIN**<br>**Sekrete Jeneral Tribinal La** | SEKRETE | DATE: |

**LWA 1990 POU AMERIKEN KI ENFIM**
**ANONS POU AMERIKEN KI ENFIM**
**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**

## VERIFIED RETURN OF SERVICE, SUMMONS

**OSCAR CARLOS RIGAUD SMART**

VS.

CASE NO: 2020-000941-CC-24
TYPE OF WRIT: 20 DAY SUMMONS

**4EVER SHINE INC., MARIO LARIOS & DENNIS LARIOS**

Pursuant to the request of J.H. ZIDELL, P.A., whose office is located at 300 71ST ST. STE. 605, MIAMI BEACH, 33141, and pursuant to the Chief Judge's Administrative Order No. 94-12, dated Aug. 15, 1994, I, PERRY PARANG, # 47, received this document on 4/22/20 at 9:00 AM, and served the same 4EVER SHINE INC. on 4/24/20 at 11:00 AM at 401A N.W. 60 WAY, PEMBROKE PINES, FL. 33024.

| | | |
|---|---|---|
| [] | **INDIVIDUAL**: | By serving the within named person a copy of the writ, a copy of the complaint, petition or initial pleading. |
| [] | **SUBSTITUTE**: | By serving a copy of this writ, and a copy of the complaint, petition or initial pleading at the defendants usual place of abode on a person permanently residing therein, to wit, , who is 15 years or older, and informing the person of the contents. |
| [X] | **CORPORATE/GOVERNMENTAL**: | By serving MARIO A. LARIOS as, REG. AGENT, pursuant to Florida Statutes SS48.091. |
| [] | **POSTED RESIDENTUAL/COMMERCIAL**: | By making two unsuccessful attempts to serve this defendant, six hours apart to wit: (1) , (2) on both attempts, no one was at the address contained therein. |
| [ ] | **PARTNERSHIP SERVICE**: | By serving , who is one of the partners. |
| [] | **OTHER** | |
| [] | **NO SERVICE**: | For the reason that diligent search and inquiry failed to find said defendant, , |

I ACKNOWLEDGE that I am Certified Process Server in the Circuit in good standing (or authorized to serve process in the Circuit), in which this defendant was served, and that I have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

_____
**PERRY PARANG, # 47**
Court Certified Process Server

Filing # 105765149 E-Filed 04/02/2020 09:32:15 AM

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.<br>☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION**<br>☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE**<br>**(a) GENERAL FORMS** | **CASE NUMBER**<br>2020-000941-CC-24 |
| **PLAINTIFF(S)**<br>OSCAR CARLOS RIGAUD SMART<br>and all others similarly situated<br>under 29 U.S.C § 216(b) | **VS.  DEFENDANT(S)**<br>4Ever Shine Inc., Mario Larios and<br>Dennis Larios | **SERVICE**<br>**SERVED**<br>DATE 4/34/2c<br>TIME 11 mv<br>BY ____ CER# 42 |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on

defendant(s): _____ 4Ever Shine Inc. _____

Registered Agent: Mario A. Larios

_____ 4o1 A) ~~1209~~ NW 60th Way _____

_____ Pembroke Pines FL 33024 _____

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: J.H. ZIDELL, P.A.

whose address is: _____ 300 71st Street, Suite 605 _____
_____ Miami Beach FL 33141 _____

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,**
**or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.**
**When suit is brought pursuant to 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons
on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before
service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for
the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK of COURTS** | 76445<br>DEPUTY CLERK | | **DATE**<br>4/2/2020 |
|---|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to
participate in this proceeding, you are entitled, at no cost to you, to the provision of certain
assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA
Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400,
Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email
ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your
scheduled court appearance, or immediately upon receiving this notification if the time
before the scheduled appearance is less than seven (7) days; if you are hearing or voice
impaired, call 711."**

CLK/CT. 314  Rev. 09/19        34 6                    Clerk's web address: www.miami-dadeclerk.com

## VERIFIED RETURN OF SERVICE, SUMMONS

### OSCAR CARLOS RIGAUD SMART

CASE NO: 2020-000941-CC-24
VS.                                             TYPE OF WRIT: 20 DAY SUMMONS

### 4EVER SHINE, INC. MARIO LARIOS & DENNIS LARIOS

Pursuant to the request of JAMIE H. ZIDELL, ESQ,, whose office is located at 300 71ST
ST. STE. 605, MIAMI BEACH, 33141, and pursuant to the Chief Judge's
Administrative Order No. 94-12, dated Aug. 15, 1994, I, PERRY PARANG, # 47,
received this document on 4/23/20 at 9:00 AM, and served the same DENNIS LARIOS
on 4/24/20 at 11:00 AM at 401A N.W. 60TH WAY, PEMBROKE PINES,L FL. 33141.

[X]      **INDIVIDUAL**: By serving the within named person a copy of the writ, a
         copy of the complaint, petition or initial pleading.

[]       **SUBSTITUTE**: By serving a copy of this writ, and a copy of the
         complaint, petition or initial pleading at the defendants usual place of
         abode on a person permanently residing therein, to wit,
         , who is 15 years or older, and informing the person of the contents.

[]       **CORPORATE/GOVERNMENTAL**: By serving
         as, , pursuant to Florida Statutes SS48.091.

[]       **POSTED RESIDENTUAL/COMMERCIAL**:   By making two
         unsuccessful attempts to serve this defendant, six hours apart to wit:
         (1) , (2)
         on both attempts, no one was at the address contained therein.

[  ]     **PARTNERSHIP SERVICE**: By serving , who is one
         of the partners.

[]       **OTHER**

[]       **NO SERVICE**: For the reason that diligent search and inquiry failed to
         find said defendant, ,


  I ACKNOWLEDGE that I am Certified Process Server in the Circuit in good standing
(or authorized to serve process in the Circuit), in which this defendant was served, and
that I have no interest in the above action. Under penalty of perjury, I declare that I have
read the foregoing Verified Return of Service and that the facts stated in it are true.



                              PERRY PARANG, # 47
                         Court Certified Process Server

Filing # 105765149 E-Filed 04/02/2020 09:32:15 AM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | CIVIL ACTION SUMMONS (b) | CASE NUMBER |
|---|---|---|
| ☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | Form for Personal Service on a Natural Person | 2020-000941-CC-24 |

| PLAINTIFF(S) | VS.   DEFENDANT(S) | SERVED |
|---|---|---|
| OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C § 216(b) | 4Ever Shine Inc., Mario Larios and Dennis Larios | DATE _____ ½/26/20<br>TIME _____ 11:30<br>BY _____ CER# ___ |

THE STATE OF FLORIDA: TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s):<br>Dennis Larios | Address: 1408 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."

#### MIAMI-DADE COUNTY COURT LOCATIONS

| ☑ Dade County Courthouse (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ Joseph Caleb Center Court (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ Hialeah District Court (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ Miami Beach District Court (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ Coral Gables District Court (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ South Dade Justice Center (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | SERVICE |

| Plaintiff/Plaintiff Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No. 0010121 | Address:   300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| CLERK OF COURTS<br>HARVEY RUVIN | 76445   DEPUTY CLERK | DATE ON:<br>4/2/2020 |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☑ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO<br>2020-000941-CC-24 |
|---|---|---|
| DEMANDANTE(S)<br>OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C § 216(b) | VS.  DEMANDADO(S)<br>4Ever Shine Inc., Mario Larios and Dennis Larios | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s):<br>Dennis Larios | A Demandado(s):  1409 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

☑ **Dade County Courthouse** (05)
Room 133
73 West Flagler Street
Miami, FL 33130

☐ **Joseph Caleb Center Court** (20)
Suite 103
5400 N.W. 22nd Avenue
Miami, FL 33142

☐ **Hialeah District Court** (21)
Room 100
11 East 6th Street
Hialeah, FL 33010

☐ **North Dade Justice Center** (23)
Room 100
15555 Biscayne Blvd.
North Miami Beach, FL 33160

☐ **Miami Beach District Court** (24)
Room 200
1130 Washington Avenue
Miami Beach, FL 33139

☐ **Coral Gables District Court** (25)
Room 100
3100 Ponce De Leon Blvd.
Coral Gables, FL 33134

☐ **South Dade Justice Center** (26)
Room 1200
10710 SW 211 Street
Miami, FL 33189

**SERVICIO**

| Demandante o Abogado del Demandante:<br>Jamie H. Zidell, Esq.<br>Número del Colegio de Abogados:<br>0010121 | Dirección:  300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **HARVEY RUVIN**<br>Secretario del Tribunal del Condado | COMO SECRETTARIO ADJUNTO | **FECHA** |

### LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda.   Por favor póngase  en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org  or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☑ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON<br>☑ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO<br><br>2020-000941-CC-24 |
|---|---|---|
| **PLAINTE (S)**<br>OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C § 216(b) | **VS. CONTRE ACCUSE(S)**<br>4Ever Shine Inc., Mario Larios and Dennis Larios | **HEURE IN** |

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S):<br><br>Dennis Larios | A (AUX) ACCUSE(S):<br>11409 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

## IMPORTANT

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en meme temps que cette formule, faire parvenir ou expedier une copie de votre response ecrite au "Plaintif/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre response avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

### ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br><br>Jamie H. Zidell, Esq.<br><br>Numero de barreau de la Floride: | Adresse :<br>300 71st Street, Suite 605<br>Miami Beach FL 33141 |
|---|---|
| 0010121<br><br>**HARVEY RUVIN**<br>**Greffier de Tribunal** | DATE: |
| COMME GREFFIER ADJOINT | |

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

| ☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA | | |
|---|---|---|
| ☑ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA | | |

| **DIVIZYON**<br>☑ SIVIL<br>☐ DISTRI<br>☐ LÒT | **KONVOKASYON POU KA SIVIL**<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | **NIMEWO KA**<br>2020-000941-CC-24 |
|---|---|---|
| **PLENTIF(S)**<br>OSCAR CARLOS RIGAUD SMART  and all others similarly situated under 29 U.S.C § 216(b) | **VS.    KONT AKIZE(S)**<br>4Ever Shine Inc., Mario Larios and Dennis Larios | **LE** |

**ETA FLORIDA:** Pou chak nan eta a yo odone ou pou bay akize a (yo), non I ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE:<br><br>Dennis Larios | ADRES::   1409 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

### ENPOTAN

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres  ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou m ete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

### ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| Plainte/Avocat du Plainte<br>Jamie H. Zidell, Esq.<br>Numero de barreau de la Floride:<br>0010121 | Nimewo manm avoka a.<br>Address:   300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **HARVEY RUVIN**<br>**Sekrete Jeneral Tribinal La** | SEKRETE | DATE: |

### LWA 1990 POU AMERIKEN KI ENFIM
### ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman  lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou  pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**

## VERIFIED RETURN OF SERVICE, SUMMONS

**OSCAR CARLOS RIGAUD SMART**

CASE NO: 2020-000941-CC-24
VS.                          TYPE OF WRIT: 20 DAY SUMMONS

**4EVER SHINE INC., MARIO LARIOS & DENNIS LARIOS**

Pursuant to the request of JAMIE ZIDELL, ESQ., whose office is located at 300 71ST
ST. STE. 605, MIAMI BEACH, 33141, and pursuant to the Chief Judge's
Administrative Order No. 94-12, dated Aug. 15, 1994, I, PERRY PARANG, # 47,
received this document on 4/22/20 at 9:00 AM, and served the same MARIO LARIOS on
4/24/20 at 11:00 AM at 401A N.W. 60TH WAY, PEMBROKE PINES, FL. 33024.

[X]      **INDIVIDUAL**: By serving the within named person a copy of the writ, a
         copy of the complaint, petition or initial pleading.

[]       **SUBSTITUTE**: By serving a copy of this writ, and a copy of the
         complaint, petition or initial pleading at the defendants usual place of
         abode on a person permanently residing therein, to wit,
         , who is 15 years or older, and informing the person of the contents.

[]       **CORPORATE/GOVERNMENTAL**: By serving
         as, , pursuant to Florida Statutes SS48.091.

[]       **POSTED RESIDENTUAL/COMMERCIAL**:   By making two
         unsuccessful attempts to serve this defendant, six hours apart to wit:
         (1) , (2)
         on both attempts, no one was at the address contained therein.

[  ]     **PARTNERSHIP SERVICE**: By serving , who is one
         of the partners.

[]       **OTHER**

[]       **NO SERVICE**: For the reason that diligent search and inquiry failed to
         find said defendant, ,

I ACKNOWLEDGE that I am Certified Process Server in the Circuit in good standing
(or authorized to serve process in the Circuit), in which this defendant was served, and
that I have no interest in the above action. Under penalty of perjury, I declare that I have
read the foregoing Verified Return of Service and that the facts stated in it are true.

_____
**PERRY PARANG, # 47**
Court Certified Process Server

# 105765149 E-Filed 04/02/2020 09:32:15 AM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | CIVIL ACTION SUMMONS (b)<br>Form for Personal Service on a Natural Person | CASE NUMBER<br>2020-000941-CC-24 |
|---|---|---|
| PLAINTIFF(S)<br>OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C § 216(b) | VS.   DEFENDANT(S)<br>4Ever Shine Inc., Mario Larios and Dennis Larios | CLOCK IN<br>**SERVED**<br>DATE 1/14/20<br>TIME 1100<br>BY ____ CER# 43 |

THE STATE OF FLORIDA:TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s):<br>Mario Larios | Address: ~~1409~~ 401 A NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience.

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

### MIAMI-DADE COUNTY COURT LOCATIONS

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | SERVICE |

| Plaintiff/Plaintiff Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No. 0010121 | Address:   300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **CLERK OF COURTS**<br>**HARVEY RUVIN** | 76445<br>DEPUTY CLERK | DATE ON:<br>4/2/2020 |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

Clerk's web address: www.miami-dadeclerk.com

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☒ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☒ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO<br>2020-000941-CC-24 |
|---|---|---|
| DEMANDANTE(S)<br>OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C § 216(b) | VS.   DEMANDADO(S)<br>4Ever Shine Inc., Mario Larios and Dennis Larios | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s):<br>Mario Larios | A Demandado(s):   ☎ 409 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia.

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

| ☒ Dade County Courthouse (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ Joseph Caleb Center Court (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ Hialeah District Court (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ North Dade Justice Center (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ Miami Beach District Court (24)<br>Room 200<br>1130 Washington Avenue<br>Miami, FL 33139 | ☐ Coral Gables District Court (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ South Dade Justice Center (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | SERVICIO |

| Demandante o Abogado del Demandante:<br>Jamie H. Zidell, Esq.<br>Número del Colegio de Abogados:<br>0010121 | Dirección:        300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| HARVEY RUVIN<br>Secretario del Tribunal del Condado | COMO SECRETARIO ADJUNTO | FECHA |

### LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda.   Por favor póngase  en contacto con Alican Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami  FL  33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org  or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☑ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON | CONVOCARION D' ACTION CIVILE | NUMERO DE CASO |
|---|---|---|
| ☑ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | (b) LIVRAI ON PERSONNELLE A UNE PERSONNE | 2020-000941-CC-24 |

| PLAINTE (S)<br>OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C § 216(b) | VS.   CONTRE ACCUSE(S)<br>4Ever Shine Inc., Mario Larios and Dennis Larios | HEURE IN |
|---|---|---|

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S):<br>Mario Larios | A (AUX) ACCUSE(S):<br>11409 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero du dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| ☑ **Dade County Courthouse (05)**<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court (20)**<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court (21)**<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center (23)**<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court (24)**<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court (25)**<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center (26)**<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br>Jamie H. Zidell, Esq.<br><br>Numero de barreau de la Floride:<br>0010121<br><br>**HARVEY RUVIN**<br>**Greffier de Tribunal** | Adresse :<br>300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| | | DATE: |
| COMME GREFFIER ADJOINT | | |

**ACT DE 1990 POUR AMERICAINS HANDICAPES**

**AVIS DE l' ADA**

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

| ☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA | | |
|---|---|---|
| ☑ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA | | |

| DIVIZYON<br>☑ SIVIL<br>☐ DISTRI<br>☐ LÒT | KONVOKASYON POU KA SIVIL<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | NIMEWO KA<br>2020-000941-CC-24 |
|---|---|---|
| PLENTIF(S)<br>OSCAR CARLOS RIGAUD SMART and all others similarly situated under 29 U.S.C.§ 216(b) | VS. KONT AKIZE(S)<br>4Ever Shine Inc., Mario Larios and Dennis Larios | LE |

ETA FLORIDA: Pou Chak nan eta a yo odone ou pou bay akize a (yo), non l ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE:<br>Mario Larios | ADRES::<br>1409 NW 60th Way<br>Pembroke Pines FL 33024 |
|---|---|

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou m ete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| Plainte/Avocat du Plainte<br>Jamie H. Zidell, Esq.<br>Numero de barreau de la Floride:<br>0010121 | Nimewo manm avoka a.<br>Address: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **HARVEY RUVIN**<br>**Sekrete Jeneral Tribinal La** | SEKRETE | DATE: |

**LWA 1990 POU AMERIKEN KI ENFIM**
**ANONS POU AMERIKEN KI ENFIM**
**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Alièan Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."**

IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

OSCAR CARLOS RIGAUD SMART                CASE NO.  20-000941 CC (24)

      Plaintiff,

v.

4EVER SHINE INC., MARIO LARIOS and
DENNIS LARIOS

      Defendants.            /

### NOTICE OF APPEARANCE AND COMPLIANCE WITH RULE 2.516(b)(1) AND DESIGNATION OF EMAIL ADDRESS

PLEASE TAKE NOTICE that **Dana M. Gallup, Esq.** of the law firm of **GALLUP AUERBACH** hereby appears in this proceeding as counsel for Defendants, **4EVER SHINE INC, MARIO LARIOS** and **DENNIS LARIOS**, and requests that all correspondence, notices and pleadings, motions and other papers be hereafter served on the undersigned counsel.

Dana M. Gallup, Esq., on behalf of **4EVER SHINE INC, MARIO LARIOS** and **DENNIS LARIOS** hereby files this Notice of Compliance with Rule 2.516(b)(1) and Designation of E-Mail Address and designate the following e-mail addresses for service of pleadings, notices, motions, orders and other documents in the above-styled matter:

Primary E-Mail:          dgallup@gallup-law.com
Secondary E-Mails:     mescobar@gallup-law.com
                        jauerbach@gallup-law.com
                        dauerbach@gallup-law.com
                        csox@gallup-law.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2020, the foregoing has been electronically filed with the Clerk of the Court via the Florida Courts E-Portal which will generate electronic service/copies to J.H. Zidell, Esq. (zabogado@aol.com ), *Counsel for Plaintiff,* Z.H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, FL 33141

**GALLUP AUERBACH**
*Counsel for Defendants*
4000 Hollywood Boulevard
Presidential Circle - Suite 265 South
Hollywood, Florida 33021
t: (954) 894-3035; f : (954) 894-8015
dgallup@gallup-law.com


By:   /s/ Dana M. Gallup
      DANA M. GALLUP
      Florida Bar No. 0949329

2

IN THE COUNTY COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

OSCAR CARLOS RIGAUD SMART                CASE NO.  20-000941 CC (24)

     Plaintiff,

v.

4EVER SHINE INC., MARIO LARIOS and
DENNIS LARIOS

    Defendants. _____/

### DEFENDANTS' ANSWER AND
### AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants, 4EVER SHINE INC. ("4EVER"), MARIO LARIOS ("M. LARIOS") and

DENNIS LARIOS ("D. LARIOS"), by and through their undersigned counsel, hereby answer

Plaintiff's, OSCAR CARLOS RIGAUD SMART, Complaint as follows:

1.     Admitted for jurisdictional purposes only.

2.     Without knowledge, therefore denied.

3.     Admitted that 4EVER regularly transacts business in the Southern District of Florida

and was Plaintiff's employer. The remaining allegations are denied.

4.     Denied.

5.     Admitted.

6.     Admitted for venue purposes only.

7.     Admitted.

8.     Admitted for jurisdictional and venue purposes only.

### COUNT I

9.     Defendants reaffirm their responses to paragraphs 1 through 8 above as if fully set

forth herein.

10.     Denied.

11.     This allegation is a legal conclusion, not factual allegation, therefore denied.

12.     Denied.

13.     Denied.

14.     Admitted.

15.     Admitted that Plaintiff worked for 4EVER as a maintenance operator providing cleaning services to businesses that were clients of 4EVER. The remaining allegations are denied.

16.     Denied.

17.     Denied.

18.     Denied.

## COUNT II

19.     Defendants reaffirm their responses to paragraphs 1 through 8 above as if fully set forth herein.

20.     This allegation is a legal conclusion, not factual allegation, therefore denied.

21.     This allegation is a legal conclusion, not factual allegation, therefore denied.

22.     Denied.

23.     Admitted.

24.     This allegation is a legal conclusion, not factual allegation, therefore denied.

25.     This allegation is a legal conclusion, not factual allegation, therefore denied..

26.     Denied.

27.     Denied.

28.     Denied.

GALLUP AUERBACH • 4000 Hollywood Blvd, Suite 265 South • Hollywood, FL 33021• Tel: 954.894.3035 • Web:  gallup-law.com

## **AFFIRMATIVE DEFENSES**

### **First Affirmative Defense**

As to each and every count of the Complaint, Plaintiff has failed to state a cause of action upon which relief may be granted.

### **Second Affirmative Defense**

Plaintiff's claims are barred, in whole or in part, because all actions and/or omissions complained of were in good faith and based on reasonable grounds for believing such actions and/or omissions were not a violation of the FLSA.

### **Third Affirmative Defense**

Defendants did not willfully deprived Plaintiff of any wages to which he may have been entitled, nor did they act willfully or with reckless disregard of any applicable prohibitions or requirements.

### **Fourth Affirmative Defense**

The claims of the Plaintiff or the claims of other employees who may subsequently join this suit may be barred by the applicable statute of limitations.

### **Fifth Affirmative Defense**

To the extent Plaintiff is seeking to proceed with this case as a collective action, the complaint should be dismissed for failure of the Plaintiff to file a Notice of Consent to Join the purported collective action.

### **Sixth Affirmative Defense**

Plaintiff and the putative FLSA Class Members are not "similarly situated" for purposes of a class, representative, or collective action under the FLSA, and Plaintiff cannot satisfy the requirements for a collective action under the FLSA. Accordingly, the collective action allegations should be stricken from the Complaint and/or dismissed.

3

### Seventh Affirmative Defense

Plaintiff's claims are barred in whole or in part by the provisions of Section 4 of the Portal-to-Portal Act, 29 U.S.C. § 254, as to all hours during which he was engaged in activities which were preliminary or postliminary to his principal activities.

### Eighth Affirmative Defense

Any claim for additional compensation by Plaintiff must be reduced by compensation already paid to Plaintiff for periods not compensable under the FLSA. *See, e.g.,* C.F.R. § 785.19.

### Ninth Affirmative Defense

To the extent the work performed by the Plaintiff was voluntary in nature and without Defendants' knowledge or authorization or was contrary to express instructions, it does not constitute compensable working time under the FLSA pursuant to 29 C.F.R. § 785.27, *et. seq.*

### Tenth Affirmative Defense

Plaintiff's claims for damages are due to be defeated, reduced, or diminished by amounts that could have been, or in fact were, mitigated.

### Eleventh Affirmative Defense

If Plaintiff is able to show a violation of the FLSA, which is denied, the Defendants are entitled to seek a set-off for paid but unearned wages.

### Twelfth Affirmative Defense

Neither Plaintiff individually nor Defendants engaged in acts involving interstate commerce and, therefore, Defendants are not liable for minimum wage or overtime wages under the FLSA.

Defendants reserve the right to assert such additional defenses as may appear applicable during the course of litigation.

WHEREFORE Defendants, 4EVER SHINE INC., MARIO LARIOS and DENNIS LARIOS, by and through their undersigned counsel, having answered the Complaint of Plaintiff, OSCAR

4

CARLOS RIGAUD SMART, request that the Plaintiff have and take nothing, that the Complaint be dismissed with prejudice, that the Court enter a judgment for costs in favor of Defendants and against Plaintiff, and that the Court provide Defendants such other and further relief as may be just, necessary and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2020, the foregoing has been electronically filed with the Clerk of the Court via the Florida Courts E-Portal which will generate electronic service/copies to J.H. Zidell, Esq. (zabogado@aol.com) and David M. Nudel, Esq. (dnudel.jhzidellpa@gmail.com), Z.H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, FL 33141.

**GALLUP AUERBACH**
*Counsel for Defendants*
4000 Hollywood Boulevard
Presidential Circle - Suite 265 South
Hollywood, Florida 33021
t: (954) 894-3035; f : (954) 894-8015
dgallup@gallup-law.com


By:  /s/ Dana M. Gallup
 DANA M. GALLUP
 Florida Bar No. 0949329

5