UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-22148-CIV-MORENO**

OSCAR CARLOS RIGAUD SMART,

    Plaintiff,

vs.

4EVER SHINE, INC., DENNIS LARIOS, and
MARIO LARIOS,

    Defendants.
_____/

**ORDER REMANDING CASE FOR DEFENDANTS' FAILURE TO FILE**
***REMOVAL STATUS REPORT* AS REQUIRED BY COURT ORDER**

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On May 27, 2020, the Court issued a Notice of Court Practice in Removal Cases, which ordered that "[c]ounsel for the **removing party** is directed to file a *Removal Status Report* no later than **June 10, 2020**." (*See* D.E. 6 at 1 (emphasis in original).) The Notice of Court Practice warned Defendants that "[f]ailure to file a timely *Removal Status Report* shall be grounds for remand." *Id.* The Notice of Court Practice again warned Defendants that "[f]ailure of the removing party or parties to timely provide the information requested in the *Removal Status Report* above or required pursuant to 28 U.S.C. § 1446(a) may result in remand of the action." *Id.* at 2.

Even though Defendants filed an answer (in state court) and the Court issued a Scheduling Order prior to the June 10, 2020 deadline, Defendants have nevertheless failed to timely submit the *Removal Status Report* as required by the Notice of Court Practice. Furthermore, because Defendants were on notice that failure to timely file the *Removal Status Report* would be grounds

for remand, it is accordingly

**ADJUDGED** that this case is **REMANDED** to the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.  The Clerk of this Court is hereby directed to take all necessary steps and procedures to effect the expeditious remand of the above-styled action, and is also directed to **CLOSE** the case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th of June 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Clerk of the Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida

Counsel of Record